AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00072 |
| Bryan Betancur | ) Assigned to: Judge Robin M. Meriweather |
| aka Bryan Clooney | ) Assign Date: 1/15/2021 |
| aka Maximo Clooney | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Bryan Betancur,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 1752, Restricted Buildings or Grounds;
Title 40 U.S.C. § 5104(e)(2)(A) and (D), Unlawful Activities on Capitol Grounds. Disorderly Conduct
Title 40 U.S.C. § 5104(f), Unlawful Activities on Capitol Grounds, Parades, Assemblages and Display of Flags

Date: 01/15/2021

Robin M. Meriweather
2021.01.15 17:04:32 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/15/2021, and the person was arrested on *(date)* 1/17/2021
at *(city and state)* SILVER SPRING, MD.

Date: 1/19/2021

*Arresting officer's signature*

IAN MONTIJO, SPECIAL AGENT / FBI
*Printed name and title*